IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAMES TUCKER and
MINDY TUCKER                                                          PLAINTIFFS

v.                              No. 1:11-cv-44-DPM

SOUTHWESTERN ENERGY CO.;
CHESAPEAKE ENERGY CORP.;
and BHP BILLITON PETROLEUM
(FAYETTEVILLE) LLC                                                   DEFENDANTS


PHILLIP BERRY and
PEGGY BERRY                                                           PLAINTIFFS

v.                              No. 1:11-cv-45-DPM

SOUTHWESTERN ENERGY CO.;
CHESAPEAKE ENERGY CORP.;
and BHP BILLITON PETROLEUM
(FAYETTEVILLE) LLC                                                   DEFENDANTS

ORDER

I appreciate the parties' submissions on the recusal issues. I know this was extra and unexpected work; but the additional legal analysis and the new facts were helpful. After further consideration of the issues in light of the parties' submissions, my conclusion is that I am not disqualified from sitting and there is no good reason that I should recuse. 28 U.S.C. § 455(a) and (b)(4). I will therefore continue in the case.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

6 April 2012