IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAMES TUCKER; MINDY TUCKER;
RONALD HOLLARS; FRANCES
ANN HOLLARS; PHILLIP BERRY; and
PEGGY BERRY                                                                                PLAINTIFFS

v.                     Nos. 1:11-cv-44-DPM
                              1:11-cv-45-DPM

SOUTHWESTERN ENERGY CO.;
CHESAPEAKE ENERGY CORP.;
and BHP BILLITON PETROLEUM
(FAYETTEVILLE) LLC                                                                       DEFENDANTS

## ORDER

Counsel for all plaintiffs and for Chesapeake have informed the Court that the claims against Chesapeake have been resolved. It is therefore ordered that all of the plaintiff's claims against Chesapeake are dismissed with prejudice. Each party will bear its own costs and attorneys' fees.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

17 May 2012