IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAMES TUCKER; MINDY TUCKER;
RONALD HOLLARS; FRANCES
ANN HOLLARS; PHILLIP BERRY; and
PEGGY BERRY                                                                PLAINTIFFS

v.                          Nos. 1:11-cv-44-DPM
                                 1:11-cv-45-DPM

SOUTHWESTERN ENERGY CO.
and BHP BILLITON PETROLEUM
(FAYETTEVILLE) LLC                                                      DEFENDANTS


ORDER

The Court held a telephone conference on 14 June 2012 to resolve the issues raised in the parties' joint report and request for discovery ruling, *Document No. 125*. The Court ruled orally at the end of the conference. Here are the particulars.

Southwestern Energy will meet its proposed June and July dates for rolling production, with full production by 9 July 2012. Plaintiffs will immediately prioritize the needed production; and Southwestern Energy will follow these priorities in producing materials. By agreement, production is

limited (at this point) to materials about wells within a one-mile radius of Plaintiffs' properties. The parties will confer as soon as possible and do their best to agree to a protocol for electronic discovery. The protocol should make production of email both adequate for Plaintiffs and manageable for Southwestern Energy. Joint report to the Court on electronic discovery due by 19 June 2012. The Amended Final Scheduling Order's deadlines about experts (on the class issues and the named Plaintiffs' claims) are revised:

- Plaintiffs' Expert Disclosures
  with Reports . . . . . . . . . . . . . . . . . . . . . . . . 17 August 2012

- Defendants' Expert Disclosures
  with Reports . . . . . . . . . . . . . . . . . . . . . . . . 14 September 2012

- Rebuttal Expert Disclosures
  with Reports . . . . . . . . . . . . . . . . . . . . . . . . 28 September 2012

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

*14 June 2012*