IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAMES TUCKER; MINDY TUCKER;
RONALD HOLLARS; FRANCES
ANN HOLLARS; PHILLIP BERRY; and
PEGGY BERRY                                                                    PLAINTIFFS

v.                      Nos.  1:11-cv-44-DPM
                              1:11-cv-45-DPM

SOUTHWESTERN ENERGY CO.                                        DEFENDANT

ORDER

Joint motion to dismiss Southwestern Energy based on the parties' settlement, *Document No. 149*, is granted. All claims of all plaintiffs against Southwestern are dismissed with prejudice.

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

29 August 2012